AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Ciera Howard; Tina Sexton; and Misty McNabb,
*Plaintiffs*
v.

South Carolina Department of Mental Health;
South Carolina Department of Corrections;
and Jarvis Omar Hayes,
*Defendants*

)
)
)
)
)
)

Civil Action No.   3:15-cv-02096-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiffs, Ciera Howard, Tina Sexton, and Misty McNabb, shall take nothing of defendants, South Carolina Department of Mental Health and South Carolina Department of Corrections and the action against these defendants are dismissed without prejudice, except as to the 42 U.S.C. § 1983 claims.

■ the plaintiffs, Ciera Howard, Tina Sexton, and Misty McNabb, shall take nothing of defendants, South Carolina Department of Mental Health and South Carolina Department of Corrections and the action against these defendants regarding their 42 U.S.C. § 1983 claims are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, having adopted the Report and Recommendation of United States Magistrate Judge Paige J. Gossett, which granted the plaintiffs' motion to voluntarily dismiss the action against SCDMH and SCDC without prejudice; and granted plaintiffs' motion to voluntarily dismiss the action against SCDMH and SCDC with prejudice as to the § 1983 claims.

Date:   October 30, 2015                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/G. Mills

                                                                      *Signature of Clerk or Deputy Clerk*